AO 83 (Rev. 12/85) Summons in a Criminal Case



MAY 2 7 2014

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

UNITED STATES OF AMERICA

V.

JOANN POLSTON
910 25th Avenue
Fairbanks, AK 99701

SUMMONS IN A CRIMINAL CASE

Case Number: 4:14-cr-00005-RRB-SAO



YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 456-0266 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| U.S. Courthouse<br>101 12th Avenue<br>Fairbanks, Alaska 99701-6283 | Magistrate Courtroom |
| Before: Magistrate Judge Scott A. Oravec | Date and Time<br>6/27/14 at 9:00am |

To answer a(n)
[X] Indictment  [] Information  [] Complaint  [] Violation Notice  [] Probation Violation Petition

Charging you with a violation of:

Title 18 United States Code, Section(s) 641 and 18:1163

Brief description of offense:
Theft of Government Funds, Embezzlement and Theft from Indian Tribal Organization

Marvel Hansbraugh, Clerk of Court
Signature of Issuing Officer
    Redacted Signature
            Deputy Clerk
Name and Title of Issuing Officer

5/22/14 at Anchorage, AK
Date and Location

**NOTICE**: If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1] **5/23/14** X
Date

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: **Residence, 910 25th Ave, Fairbanks, AK**

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: X **5/23/14**   **ROB W. HEUN**
Date                            Name of United States Marshal

Redacted Signature
X _____
(by) ~~Deputy United States Marshal~~
FBI SA

Remarks:
POLSTON

w/ AST Dahlke

**ORIGINAL**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.