M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3414

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JOANN POLSTON,<br><br>               Defendant. | Case No. 4:14-cr-00005-RRB-DMS<br><br>**NOTICE OF INTENT<br>TO CHANGE PLEA** |

      Defendant, Joann Polston, by and through counsel M. J. Haden, Assistant Federal Defender, hereby notifies the Court of her intent to change her plea in the above-styled case. Ms. Polston intends to enter a guilty plea to the two misdemeanor offenses of Conversion of Government Funds in violation of 18 U.S.C. § 641 and Conversion of Money and Funds From an Indian Tribal Organization in violation of 18 U.S.C. § 1163.

      A written plea agreement has been filed with the Court. Ms. Polston asks that the Court vacate the September 18, 2015 final pretrial conference and the September 28, 2015 trial and schedule a change of plea hearing at a time convenient to the Court and parties.

DATED this 9th day of September 2015.

                                          Respectfully submitted,

                                          FEDERAL PUBLIC DEFENDER
                                        FOR THE DISTRICT OF ALASKA

                                        /s/ M. J. Haden
                                        Assistant Federal Defender
                                        Alaska Bar No. 0607047
                                        601 West Fifth Avenue, Suite 800
                                        Anchorage, AK  99501
                                        Ph:  (907) 646-3414
                                        Fax:  (907) 646-3480
                                        mj_haden@fd.org

<u>Certification</u>:

I certify that on September 9, 2015, a copy of the foregoing document, with attachments, was served electronically on:

Yvonne Lamoureux,  Assistant U.S. Attorney

/s/ M. J. Haden